UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

KENNETH MONTGOMERY,

    Plaintiff,

    v.

UNITED AIRLINES, INC., et al.,

    Defendants.

Case No. 15-cv-00459-VC

**ORDER**

The defendant wishes to file a motion to transfer venue. The hearing on the motion shall take place on May 21, 2015, at 10:00 a.m. The defendant's opening brief is due April 20, 2015. The plaintiff's opposition is due April 30, 2015. Any reply is due May 8, 2015.

**IT IS SO ORDERED.**

Dated: April 10, 2015

_____
VINCE CHHABRIA
United States District Judge