UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KENNETH MONTGOMERY,<br><br>Plaintiff,<br><br>v.<br><br>UNITED AIR LINES, INC., et al.,<br><br>Defendants. | Case No. 15-cv-00459-VC<br><br>**ORDER DENYING MOTION FOR A STAY PENDING APPEAL**<br><br>Re: Dkt. No. 35 |

The motion for a stay pending appeal is denied.

**IT IS SO ORDERED.**

Dated: May 28, 2015

VINCE CHHABRIA
United States District Judge